

No. 11–0675/AR. U.S. v. Cassandra M. Riley. CCA 20100084. Appellant's motion to extend time to file a brief granted, *up to and including November 29, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 12–0697/AF. U.S. v. Timothy M. Bazar. CCA 37548. Appellant's motion for leave to file issue under seal is granted.

No. 13–0113/AR. U.S. v. Andre J. Terry. CCA 20100571. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 3, 2012.

No. 13–5001/AR. U.S. v. Nicholas R. Schell. CCA 20110264. Appellee/Cross–Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 3, 2012.

No. 09–0441/AF. U.S. v. Joshua C. Blazier. CCA 36988. Review granted on the following issue:

> WHETHER IT WAS HARMLESS BEYOND A REASONABLE DOUBT FOR THE MILITARY JUDGE TO ERRONEOUSLY ALLOW THE MILITARY PANEL TO CONSIDER HEARSAY FROM THE DRUG TESTING REPORTS AND DR. PAPA'S TESTIMONIAL REPETITION OF THAT HEARSAY.

No briefs will be filed under Rule 25.